Santiago **FERNANDEZ**,
Defendant/Appellant,

v.

**STATE** of Missouri, Plaintiff/Respondent.

No. 64548.

Missouri Court of Appeals,
Eastern District,
Division One.

March 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 19, 1994.

Application to Transfer Denied
May 26, 1994.

David C. Hemingway, Public Defender, St. Louis, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion challenging his guilty plea as involuntary due to ineffective assistance of counsel. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).